IN THE COURT OF CRIMINAL APPEALS
CASE NUMBER: WR-16,282-06

16,282-06

MOTION DENIED
DATE: 1/28/15
BY: P.C

TRIAL COURT NUMBER 565079-E
IN THE 179TH DISTRICT COURT
OF HARRIS COUNTY, TEXAS

MATHIS CARL WILLIAMS, MOVANT
VS.
THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

MOTION FOR REHEARING

SUBMITTED BY:

*Mathis Williams*

MATHIS CARL WILLIAMS
TDCJ-ID NUMBER 570687
COFFIELD UNIT
2661 FM 2054
TENNESSEE COLONY, TEXAS
                75884-5000

MOVANT PRO SE

IN RE: NUMBER WR-16,282-06
IN THE COURT OF CRIMINAL APPEALS
AUSTIN,TEXAS

MATHIS CARL WILLIAMS,JR.,

        MOVANT

VS.

THE STATE OF TEXAS

## MOTION FOR REHEARING

To the honorable court of criminal appeals:

mathis carl williams,Jr., Movant herein, respectfully submits this Motion For Rehearing pursuant to Art.11.07 and Gov't. Code §508.283 and §508.281.

## I.

## HISTORY OF CASE

Movant was convicted of Robbery in Trial court Cause number 565079 and Unauthorized Use of a Motoe Vehicle in Cause number 566476, in Harris County, Texas on October 22,1990. Sentence was assessed at 28 years in each case and were ordered to be served concurreantly.

Movant was transferred to the tdcj-cid and served 16 years, 6 months and 2 days before being released to parole on January 10,2007. On the day of release, Movant had 11 years,5 months and 28 days remaining to serve on his sentences.

Movant was out of custody 6 years, 4 months and 7 days before his parole was revoked on May 31,2013.

Movant filed an application for writ of habeas corpus challenging the denial of his "street time" credits and was dismissed without written order because of numerous writs.

-1-

Movant believes his application was erroneously dismissed because he is NOT challenging the underlying convictions as he did in all his previous applications. Movant believes he is entitled to his street time credits and respectfully re-urges his arguments in Cause Number WR-16,282-06.

The application for writ of habeas corpus, the subject of this motion for rehearing, was the first time Movant requested review for the denial of street time credits. TDCJ-CID relies upon Gov't.Code §§508.149 and 508.283 to authorize forfeiture of street time credits. Movant showed this honorable court how this law does NOT apply. Movant. Movant pleads for clarity of what is "prior", what is "holding" and what is "current" as to the description of convictions for the purpose of Gov't.Code §508.283.

## II.

### CONCLUSION

Wherefore, premises considered, Movant prays this honorable court will grant this Motion For Rehearing because his application for writ of habeas corpus was erroneously dismissed without proper justification. Ex Parte Barber, 879 S.W.2d 889. This was Movant's first request for review of the denial of his street time credits and misapplication of the law by TDCJ-CID. Movant believes he is entitled to review of his revocation of supervised release. Movant re-urges his original grounds of error and requests review on the merits. With this motion, Movant is attempting to exhaust his available State remedies to comply with exhaustion requirements.

Respectfully Submitted,

-2-

s/ *[signature]*
Mathis Carl Williams,Jr.
Movant Pro Se
TDCJ-CID #570687
Coffield Unit
2661 FM 2054
Tennessee Colony, Texas
                    75884-5000


OATH OF AFFIRMATION

I, Mathis Carl Williams,Jr., am the Movant and being presently incarcerated in TDCJ-CID- Coffield Unit, declare under penalty of perjury that, according to my belief, the facts stated in the above Motion For Rehearing, are true and correct.


Executed this __14__ day of January, 2015.

s/ *[signature]*
Movant Pro Se

-3-